1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3      1420 E. Cooley Dr., Suite 100
       Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

MALISSA TASI,

    Plaintiff,

v.

NANCY A. BERRYHILL, SSA
Deputy Commissioner for Operations,

    Defendant.

No. EDCV 17 – 01423 SS

ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the stipulation.

DATE: 6/25/18                 _____/S/_____

                                  HON. SUZANNE H. SEGAL,
                                  UNITED STATES MAGISTRATE JUDGE